**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Julius Isoron ENGLAND,**
**Defendant–Appellant.**

**No. 14–11403**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 2, 2015.

Michelle Thresher Taylor, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Arnold B. Corsmeier, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

James A. Hernandez, Law Offices of James A. Hernandez, Jacksonville, FL,

Julius Isoron England, Jacksonville, FL, for Defendant–Appellant.

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Julius Isoron England in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and England's conviction and sentence are **AFFIRMED.**